IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TIMOTHY JOHNSON, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. 1:16-cv-00630-JKB |
| SYSTEMS CONNECTION OF MARYLAND, INC. | * | |
| | * | |
| Defendant. | | |

* * * * * * * * * * * * *

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Judicial Approval of Settlement filed by Plaintiffs, Timothy Johnson and Derrick Love (hereinafter, "Plaintiffs") and Defendant, Systems Connection of Maryland, Inc. ("Defendant") (hereinafter, collectively referred to as the "Parties"), the Court hereby **GRANTS** the Motion and approves the settlement between the Parties based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that Plaintiffs have been afforded complete relief on their Fair Labor Standards Act ("FLSA") claims for unpaid wages and overtime. Complete relief renders a case moot, as recently recognized in *Genesis Healthcare Corp. v. Symcyk*, 133 S.Ct. 1523 (2013). *See also Simmons v. United Mortgage and Loan Investment, LLC*, 634 F.3d 754 (4th Cir. 2011).

2. In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court. *See Saman v. LBDP, Inc.*, 2013 2949047, at * 3 (D.Md. June 13, 2013).

3.  The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

4.  The attorneys' fees and costs to be paid under the settlement agreement are separately stated and Plaintiffs' counsel has provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount for fees and costs bears a reasonable relationship to the amount being paid to Plaintiffs under the Agreement.

WHEREFORE, this Court hereby Orders that the Joint Motion for Judicial approval of Settlement be and is hereby **GRANTED**, the Settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE.**

*James K. Bredar* *April 11, 2017*
The Honorable James K. Bredar
United States District Court Judge